March 22, 2018


Re: 01-17-00268-CV

D-1-FM-06-003296; Madeleine Connor v. Cabrach Connor

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/22/2018 8:04:44 PM

CHRISTOPHER A. PRINE
Clerk

I have informed Ms. Connor that my records indicate that she has only paid for two transcripts, the 9/14/2016 Reporter's Record and the 11/21/2016 Reporter's Record. We've had a lot of communication regarding hearing dates and costs so I can understand her confusion. But I was only paid a total of $1334.75 for those two records. The total cost for all hearing dates Ms. Connor inquired about would have cost a total of $2866.50. When she made a 800-dollar deposit in August, she handwrote a note indicating that was for those two particular dates. And paid the remaining balance of $534.75 in October.


But like I said, we have had many e-mails regarding different transcript dates so I completely understand why she may have been under the impression that she paid for all of the hearing transcripts inquired about. Ms. Connor has been extremely helpful assisting me with untangling our many messages back and forth.


Thank you,

/s/ LaSonya Thomas